No. 357. THOMPSON, TRUSTEE, *v.* STOTT, ADMINISTRATRIX. October 24, 1938. Petition for writ of certiorari to the Appellate Court, 4th District of Illinois, denied. *Messrs. Josiah Whitnel* and *T. T. Railey* for petitioner. *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent.

No. 358. STRAUSS, ADMINISTRATRIX, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 24, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Samuel M. Shortridge* and *Henry C. Clausen* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 361. TATE *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 362. TATE, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. October 24, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas Bond* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent. Reported below: 97 F. 2d 658.